Chief Justice CASTILLE joins this dissenting opinion.

■

## HAMOT MEDICAL CENTER, Appellant

v.

## MEDICAL CARE AVAILABILITY AND REDUCTION OF ERROR FUND, Appellee.

Supreme Court of Pennsylvania.

Argued Nov. 29, 2011.

Decided May 30, 2012.

Louis C. Long, Esq., Paul Kenneth Vey, Esq., Pietragallo, Gordon, Alfano, Bosick & Raspanti, L.L.P., for Appellant.

Amy Griffith Daubert, Esq., Tawny Kay Mummah, Esq., Cindy Elaine Sheaffer, Esq., for Appellee.

### *ORDER*

PER CURIAM.

AND NOW, this 30th day of May, 2012, the order of the Commonwealth Court is REVERSED, and the matter is remanded for judgment in favor of Appellant. *See Yussen v. MCARE Fund,* —— Pa. ——, 46 A.3d 685 (2012).

Justice ORIE MELVIN did not participate in the decision of this case.

Justice EAKIN files a dissenting statement in which Chief Justice CASTILLE joins.

Justice EAKIN, dissenting.

As the disposition in this case is based on the opinion in *Yussen v. MCARE Fund,* —— Pa. ——, 46 A.3d 685 (2012), to which I dissented, I respectfully dissent, for the same reasons, to the reversal of the Commonwealth Court's order in this matter.

Chief Justice CASTILLE joins this dissenting statement.